UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ALAN DIRK SCOTT and DENA SCOTT, husband and wife,<br><br>  Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | Case No. 08-CV-00172-S-EJL<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

  Upon review of the Stipulation for Dismissal With Prejudice (Docket No. 46), and for good cause appearing therefor;

  **IT IS HEREBY ORDERED** that the Stipulation is GRANTED and the complaint filed in the above-entitled case is hereby, **DISMISSED WITH PREJUDICE**, each party to bear their own costs and attorney fees.

DATED: **December 1, 2009**

_/s/ Edward J. Lodge_
Honorable Edward J. Lodge
U. S. District Judge